RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rebecca_Levy@fd.org

Attorney for Juan Alberto Rubio

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-037-RFB-DJA |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE SENTENCING HEARING** <br> (First Request) |
| JUAN ALBERTO RUBIO, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Kevin Douglas Schiff, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca Levy, Assistant Federal Public Defender, counsel for Juan Alberto Rubio, that the Sentencing Hearing currently scheduled on September 19, 2019 at 9:45 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1.      Client is finishing a rehabilitation program in Pahrump, NV.

2.      Counsel also needs additional time to prepare for sentencing.

3.      The defendant is in custody and does not oppose a continuance.

4.      The parties agree to the continuance.

This is the first request for a continuance of the sentencing hearing.

DATED this 11th day of September, 2019.

RENE L. VALLADARES
Federal Public Defender

*/s/ Rebecca Levy*
By_____

REBECCA LEVY
Assistant Federal Public Defender

NICHOLAS A. TRUTANICH
United States Attorney

*/s/ Kevin Douglas Schiff*
By_____

KEVIN DOUGLAS SCHIFF
Assistant United States Attorney

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

JUAN ALBERTO RUBIO,

        Defendant.

Case No. 2:19-cr-037-RFB-DJA

**<u>ORDER</u>**

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Thursday, September 19, 2019 at 9:45 a.m., be vacated and continued to ___November 14, 2019___ at the hour of __3:00__ __p.m.; or to a time and date convenient to the court.

DATED this __12th__ day of September, 2019.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE